IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MELISSA CALUSINSKI, REG. NO. R88005,<br><br>PETITIONER,<br><br>v.<br><br>GLEN AUSTIN, WARDEN,<br><br>RESPONDENT. | CASE NO. 1:19-cv-02122<br><br>Lake County, Illinois<br>Case No. 09-CF-252 |

INDEX OF EXHIBITS TO PETITION FOR
WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Exhibit A ..................................................... Petitioner's Brief in the Illinois Court of Appeals (Direct Appeal) filed May 17, 2013

Exhibit B ..................................................... Illinois Court of Appeals Opinion Denying Petitioner's Direct Appeal filed February 19, 2014

Exhibit C ..................................................... Petitioner's Petition for Rehearing in the Illinois Court of Appeals filed March 12, 2014

Exhibit D ..................................................... Illinois Court of Appeals Modified Opinion on Denial of Rehearing filed April 22, 2014

Exhibit E ..................................................... Petitioner's Petition for Leave to Appeal to the Illinois Supreme Court filed May 27, 2014

Exhibit F ..................................................... Illinois Supreme Court Order Denying Leave to Appeal filed September 24, 2014

Exhibit G ..................................................... Petitioner's Post-Conviction in the Circuit Court of Lake County, Illinois filed June 23, 2015

Exhibit H ..................................................... Circuit Court of Lake County, Illinois, Opinion Denying Post-Conviction Petition filed September 30, 2016

Exhibit I ................................................... Petitioner's Brief in the Illinois Court of Appeals (Post-Conviction Appeal) filed June 2, 2017

Exhibit J................................................... Illinois Court of Appeals Order Denying Post-Conviction Appeal filed June 11, 2018

Exhibit K.................................................. Petitioner's Petition for Leave to Appeal to the Illinois Supreme Court filed July 16, 2018

Exhibit L .................................................. Illinois Supreme Court Order Denying Leave to Appeal filed September 26, 2018