# EXHIBIT F

Illinois Supreme Court Order Denying Leave to Appeal, filed September 24, 2014



# SUPREME COURT OF ILLINOIS
SUPREME COURT BUILDING
200 East Capitol Avenue
SPRINGFIELD, ILLINOIS 62701-1721

September 24, 2014

Ms. Kathleen T. Zellner
Kathleen T. Zellner & Associates
1901 Butterfield Road, Suite 650
Downers Grove, IL 60515



RECEIVED SEP 26 2014 By_____

No. 117725 - People State of Illinois, respondent, v. Melissa Calusinski, petitioner. Leave to appeal, Appellate Court, Second District.

The Supreme Court today DENIED the petition for leave to appeal in the above entitled cause.

The mandate of this Court will issue to the Appellate Court on October 29, 2014.

F_01